# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MiiCs & PARTNERS AMERICA, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TOSHIBA CORPORATION, et al.,<br><br>　　　　　　Defendants. | )<br>)<br>) Civil Action No. 14-803-RGA<br>)<br>) Jury Trial Demanded<br>)<br>)<br>)<br>)<br>)<br>) |
| MiiCs & PARTNERS AMERICA, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FUNAI ELECTRIC CO., LTD, et al.,<br><br>　　　　　　Defendants. | )<br>)<br>) Civil Action No. 14-804-RGA<br>)<br>) Jury Trial Demanded<br>)<br>)<br>)<br>)<br>)<br>) |

## SAMSUNG DISPLAY CO.'S MOTION TO EXPEDITE BRIEFING ON
## ITS MOTION TO INTERVENE

Samsung Display Co., Ltd. ("SDC") hereby moves pursuant to D. Del. LR 7.1.2(b) for an order expediting briefing on SDC's Motion to Intervene, filed contemporaneously herewith. The prompt disposition of SDC's Motion to Intervene will have significant impact on SDC's ability to participate in upcoming, substantive proceedings in these cases, including claim construction. Additionally, while SDC is prepared to work with the existing litigation schedule if it is permitted to intervene at this time, a protracted briefing schedule could complicate SDC's ability to do so.

Therefore, to help ensure orderly administration of these cases, and to avoid inconveniencing the Court and the parties, SDC respectfully requests that Plaintiffs' answering brief in opposition to SDC's Motion to Intervene be due no later than March 28, 2016 and SDC's

reply brief on its Motion to Intervene be due no later than March 31, 2016.  A proposed order is attached.

|  |  |
|---|---|
| Of Counsel:<br><br>Kevin B. Collins<br>Jeffrey Lerner<br>David A. Garr<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001<br>(202) 662-6000<br><br>Robert T. Haslam<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>(650) 632-4700<br><br>Dated:  March 21, 2016 | */s/ Adam W. Poff*<br>Adam W. Poff (No. 3990)<br>Pilar G. Kraman (No. 5199)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>APoff@ycst.com<br>PKraman@ycst.com<br><br>*Attorneys for Proposed Intervenor Samsung Display Co., Ltd.* |

2

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on March 21, 2016, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on March 21, 2016, I caused the foregoing document to be served by e-mail on the following counsel of record:

>Patricia Smink Rogowski
>Aaron Robert Ettelman
>Dennis James Butler
>John David Simmons
>PANITCH SCHWARZE BELISARIO & NADEL LLP
>Applied Bank Center
>2200 Concord Pike, Suite 201
>Wilmington, DE 19803-2909
>*progowski@panitchlaw.com*
>*aettelman@panitchlaw.com*
>*dbutler@panitchlaw.com*
>*jsimmons@panitchlaw.com*
>
>Frederick Tecce
>Kimberly Chotkowski
>Stephen E. Murray
>Keith A. Jones
>PANITCH SCHWARZE BELISARIO & NADEL LLP
>One Commerce Square
>2005 Market Street, Suite 2200
>Philadelphia, PA 19103
>*ftecce@panitchlaw.com*
>*kchotkowski@panitchlaw.com*
>*smurray@panitchlaw.com*
>*kjones@panitchlaw.com*
>
>*Attorneys for Plaintiffs*

01:18463843.1

Benjamin J. Schladweiler
Nicholas D. Mozal
ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
*bschladweiler@ramllp.com*
*nmozal@ramllp.com*

Jean Paul Y. Nagashima
John Christopher Rozendaal
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, PLLC
1615 M Street, N.W., Suite 400
Washington, DC 20036
*jnagashima@khhte.com*
*jrozendaal@khhte.com*

Takaaki Nagashima
NAGASHIMA & HASHIMOTO
Hirakawa-cho KS Bldg. 2nd Floor
2-4-14 Hirakawa-cho, Chiyoda-ku
102-0093, Japan
*nagashima@nandhlaw.com*

*Attorneys for Defendants Funai Electric Co., Ltd.,
Funai Corporation, Inc., and P&F USA Inc.*


Robert W. Mallard
DORSEY & WHITNEY (DELAWARE) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801
*mallard.robert@dorsey.com*

Paul T. Meiklejohn
David Tseng
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
*meiklejohn.paul@dorsey.com*
*tseng.david@dorsey.com*

       Clinton L. Conner
       DORSEY & WHITNEY LLP
       50 South Sixth Street, Suite 1500
       Minneapolis, MN 55402
       *conner.clint@dorsey.com*

       *Attorneys for Defendants Toshiba Corporation*
       *and Toshiba America Information Systems Inc.*


       YOUNG CONAWAY STARGATT & TAYLOR, LLP


       */s/ Adam W. Poff*
       Adam W. Poff (No. 3990)
       Pilar G. Kraman (No. 5199)
       Rodney Square
       1000 North King Street
       Wilmington, Delaware 19801
       (302) 571-6600
       *apoff@ycst.com*
       *pkraman@ycst.com*

       *Attorneys for Proposed Intervenor*
       *Samsung Display Co., Ltd.*

Dated: March 21, 2016