*MiiCs & Partners America Inc., et al. v. Toshiba, et al.*
C.A. No. 1:14-cv-803-RGA

*MiiCs & Partners America Inc., et al. v. Funai, et al.*
C.A. No. 1:14-cv-804-RGA

# EXHIBIT C

*Discovery Dispute Letter - 1/4/17- Conference (1:30 pm)*

## Theresa Boyle

| | |
|---|---|
| **From:** | conner.clint@dorsey.com |
| **Sent:** | Sunday, July 12, 2015 12:37 PM |
| **To:** | jrozendaal@khhte.com; Dennis Butler; tseng.david@dorsey.com; Meiklejohn.Paul@dorsey.com; mallard.robert@dorsey.com; bschladweiler@ramllp.com; ihelman@khhte.com; jlano@ram-llp.com; nmozal@ram-llp.com; nagashima@nandhlaw.com |
| **Cc:** | Aaron Ettelman; Clark Jablon; Denise Porreca; Fred Tecce; John Simmons; Keith Jones; Kimberly Chotkowski; Leslie Kasten; Michael O'Meara; Patricia Rogowski; Stephen Murray; Theresa Boyle |
| **Subject:** | RE: MiiCs and Partners America, Inc. and Gold Charm Ltd. USDC for theDistrict of Delaware |

Counsel,

Toshiba agrees with Funai's proposal.

Regards,

**Clint Conner**
P: 612-492-6723    F: 612-395-5494

---

**From:** Rozendaal, J. C. [mailto:jrozendaal@khhte.com]
**Sent:** Friday, July 10, 2015 4:57 PM
**To:** Dennis Butler; Conner, Clint; Tseng, David; Meiklejohn, Paul; Mallard, Robert; Schladweiler, Benjamin; Helman, Igor; Jennifer Lano (jlano@ram-llp.com); Nicholas R. Mozal; Nagashima, Takaaki (nandhlaw.com)
**Cc:** Aaron Ettelman; Clark Jablon; Denise Porreca; Fred Tecce; JohnSimmons; Keith Jones; Kimberly Chotkowski; Leslie Kasten; Michael O'Meara; PatriciaRogowski; Stephen Murray; Theresa Boyle
**Subject:** RE: MiiCs and Partners America, Inc. and Gold Charm Ltd. USDC for theDistrict of Delaware

Counsel,
On behalf of Funai, it seems to me that two prior art references per patent would be an unreasonably small number. I would suggest that the parties talk about what limits, if any, on the number of prior art references would be appropriate after we have served our invalidity contentions next week.
In the meantime, I wish you all a good weekend.
Best regards,
J.C.

**J.C. Rozendaal**
Kellogg, Huber, Hansen, Todd,
  Evans & Figel, P.L.L.C.
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7985
Fax.: (202) 326-7999

**From:** Theresa Boyle [mailto:TBoyle@panitchlaw.com] **On Behalf Of** Dennis Butler
**Sent:** Thursday, July 02, 2015 1:24 PM
**To:** Clint Conner; David Tseng; Paul Meiklejohn; Robert Mallard; Schladweiler, Benjamin; Helman, Igor; Jennifer Lano (jlano@ram-llp.com); Rozendaal, J. C.; Nicholas R. Mozal; Nagashima, Takaaki (nandhlaw.com)
**Cc:** Aaron Ettelman; Clark Jablon; Denise Porreca; DennisButler; Fred Tecce; JohnSimmons; Keith Jones; Kimberly Chotkowski; Leslie Kasten; Michael O'Meara; PatriciaRogowski; Stephen Murray; Theresa Boyle
**Subject:** MiiCs and Partners America, Inc. and Gold Charm Ltd. USDC for theDistrict of Delaware

Dear Counsel:

In accordance with the Court's Memorandum and Case Management Orders, dated Mach 31, 2015 (copies attached) MiiCs proposes limiting the amount of prior art to two (2) references for each asserted patent or for a total of twenty-four (24) references.

We briefly discussed the limitation on asserted prior art during our meet and confer on April 7, 2015, but did not reach agreement. If defendants disagree with this limitation, please let us know when you are available for a meet and confer.

Thank you.

*Theresa*
Theresa Boyle
Legal Assistant to John D. Simmons, Dennis Butler and Keith A. Jones
Panitch Schwarze Belisario & Nadel LLP
PA: 215.965.1261 (direct) | 215.965.1331 (fax
DE: 302.394.6008 (direct) | 302.394.6031 (fax)
tboyle@panitchlaw.com | www.panitchlaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.